IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY FLOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-686-TMH |
| ) | [WO] |
| ) | |
| COVINGTON COUNTY JAIL, ) | |
| ) | |
| Defendant. ) | |

# ORDER

The Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #3) of the Magistrate Judge is ADOPTED. This case is DISMISSED without prejudice, and prior to service of process, due to Plaintiff's failure to allege any claim against a legal entity subject to suit and failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

An appropriate judgment will be entered.

Done this 29th day of September, 2008.

/s/ **Truman M. Hobbs**
UNITED STATES DISTRICT JUDGE